FILED
DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

2013 NOV 13 AM 10: 16

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

UNITED STATES OF AMERICA

v.

ILENE BULLINGTON

INDICTMENT

NO. 4:13-CR-31-M

18 U.S.C. §1343
18 U.S.C. §1028A
42 U.S.C. §1320d-6

The Grand Jury charges:

## COUNTS 1 - 6
(Wire Fraud)

From on or about November 10, 2011, and continuing until on or about September 11, 2012, in the Western District of Kentucky, Daviess County, Kentucky, **ILENE BULLINGTON**, defendant herein, devised and intended to devise a scheme and artifice to defraud and to obtain money and property by means of false and fraudulent pretenses, representations, and promises and transmitted and caused to be transmitted by means of a wire communication in interstate commerce a signal for the purpose of executing the scheme and artifice to defraud, to wit: **ILENE BULLINGTON** stole the identity of others to fraudulently apply for and to obtain loans from online lenders, and caused interstate wire communications to be sent from Owensboro, Kentucky, during the online application:

| COUNT | DATE | STOLEN IDENTITY | LOCATION | LENDER | LOAN AMOUNT |
|---|---|---|---|---|---|
| 1 | 11/10/11 | D.S. | Owensboro, KY | One Click Cash Payday | $390.00 |
| 2 | 04/16/12 | D.S. | Owensboro, KY | One Click Cash Payday | $520.00 |
| 3 | 09/11/12 | D.S. | Owensboro, KY | One Click Cash Payday | $585.00 |

| 4 | 02/01/12 | T.J.P. | Owensboro, KY | National Pay Day Loan | $300.00 |
| 5 | 05/18/12 | M.C.R. | Owensboro, KY | Lending Club | $7,500.00 |
| 6 | 03/01/12 | M.C.R. | Owensboro, KY | Cash Call | $2,600.00 |

In violation of Title 18, United States Code, Section 1343.

The Grand Jury further charges:

## COUNT 7
(Aggravated Identity Theft)

On or about November 10, 2011, and continuing until at least September 11, 2012, in the Western District of Kentucky, Daviess County, Kentucky, the defendant, **ILENE BULLINGTON**, used a means of identification of another person in furtherance of wire fraud, as charged in Counts 1 through 3, to wit: **ILENE BULLINGTON** used D.S.'s name, date of birth, and social security number without lawful authority to fraudulently apply for online loans with One Click Pay Day.

In violation of Title 18, United States Code, Section 1028A.

The Grand Jury further charges:

## COUNT 8
(Aggravated Identity Theft)

On or about March 1, 2012, and continuing until at least May 18, 2012, in the Western District of Kentucky, Daviess County, Kentucky, the defendant, **ILENE BULLINGTON**, used a means of identification of another person in furtherance of wire fraud, as charged in Counts 5 and 6, to wit: **ILENE BULLINGTON** used M.C.R.'s name, date of birth, and social security

number without lawful authority to fraudulently apply for online loans with Cash Call and Lending Club.

In violation of Title 18, United States Code, Section 1028A.

The Grand Jury further charges:

## COUNT 9
### (HIPAA)

Beginning in or about February 2010, and continuing at least until in or about August 2012, in the Western District of Kentucky, Daviess County, Kentucky, **ILENE BULLINGTON**, knowingly and in violation of the Health Insurance Portability and Accountability Act, disclosed individually identifiable health information to another person under false pretenses, and with intent to use the individually identifiable health information for commercial advantage and personal gain, to wit: **ILENE BULLINGTON** disclosed her employer's patients' identifying information by providing names, birth dates, and social security numbers to loan companies so that **ILENE BULLINGTON** could obtain loans for her personal use and advantage.

In violation of Title 42, United States Code, Sections 1320d-6.

A TRUE BILL.

FOREPERSON

_____
DAVID J. HALE
United States Attorney

DJH:LJW:nbw:20131023

3

UNITED STATES OF AMERICA v. ILENE BULLINGTON

## PENALTIES

| | |
|---|---|
| Counts 1 - 6: | NM 20 yrs./$250,000/both/NM 3 yrs. Supervised Release |
| Counts 7 - 8: | 2 yrs. (consecutive)/$250,000/both/NM 3 yrs. Supervised Release |
| Count 9: | NM 5 yrs./$250,000/both/NM 3 yrs. Supervised Release |

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

**SPECIAL ASSESSMENT**

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

**FINES**

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

<u>**Failure to pay fine as ordered may subject you to the following**</u>:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   <u>For offenses occurring after December 12, 1987:</u>

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

**RESTITUTION**

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law.  18 U.S.C. § 3663

**APPEAL**

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

**PAYMENTS**

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made <u>payable to the Clerk, U.S. District Court</u> and delivered to the appropriate division office listed below:

LOUISVILLE:  Clerk, U.S. District Court
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY  40202
502/625-3500

BOWLING GREEN:  Clerk, U.S. District Court
120 Federal Building
241 East Main Street
Bowling Green, KY  42101
270/393-2500

OWENSBORO:  Clerk, U.S. District Court
126 Federal Building
423 Frederica
Owensboro, KY  42301
270/689-4400

PADUCAH:  Clerk, U.S. District Court
127 Federal Building
501 Broadway
Paducah, KY  42001
270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No. _____

FILED
DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

2013 NOV 13 AM 10: 16

# UNITED STATES DISTRICT COURT
## Western District of Kentucky
### Owensboro Division

THE UNITED STATES OF AMERICA

vs.

ILENE BULLINGTON

# INDICTMENT

**Title 18 U.S.C. §§ 1343; 1028A;**
**Title 42 U.S.C. § 1320d-6:**
Wire Fraud; Aggravated Identity Theft; Disclosing Individually Identifiable Health Information to Another Person for Personal Gain.

*A true bill.*

_____  _____
                                                    *Foreman*

*Filed in open court this* 13th day, *of* November, A.D. 2013.

_____
                                                    *Clerk*

*Bail, $*